DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABDELAZIZ HAMZE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-134

[June 2, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 07-10490CF10A.

Abdelaziz Hamze, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***